UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY FLAGG, an individual,

    Plaintiff,

vs.                                                                      CASE NO.:

MEALS ON WHEELS OF SARASOTA,
INC., a Florida not for profit corporation,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Mary Flagg ("Flagg" or "Plaintiff"), by and through undersigned counsel, sues Defendant, Meals on Wheels of Sarasota, Inc. ("Meals on Wheels" or "Defendant"), and alleges as follows:

### INTRODUCTION

1. This is an action brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq*. ("FLSA") to recover unpaid overtime compensation, liquidated damages, and attorneys' fees and costs owed to Plaintiff.

### JURISDICTION AND VENUE

2. This Court has jurisdiction over this claim pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 201, *et seq*.

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b), as the events or omissions giving rise to the claims alleged herein occurred within the jurisdiction of the Middle District of Florida, Tampa Division.

## PARTIES

4. Flagg was and is a resident of Sarasota, Florida. Flagg worked for Meals on Wheels in Sarasota County, Florida.

5. Meals on Wheels was and is a Florida not for profit corporation conducting business in Sarasota County, Florida, and subject to the requirements of the FLSA. Meals on Wheels is an enterprise, engaged in commerce or in the production of goods for commerce, in interstate commerce, and with an annual gross volume of revenue not less than $500,000.00.

6. Flagg was also covered by the FLSA on an individual basis for every workweek during her employment with Meals on Wheels.

7. Meals on Wheels relies on hundreds of volunteers to serve meals to homebound people or people who cannot afford meals throughout Sarasota, Florida. Meals on Wheels generally serves in excess of 500 meals per day, which increased to over 800 meals per day with the pandemic. The price for a meal is $6.00, which is often covered by private grants or donations to Meals on Wheels.

8. Through her work for Meals on Wheels, on a near daily basis, Flagg would personally conduct business outside of Florida, to wit, setting up accounts with family members from other states, communicating with out of state family members about accounts, and issuing bills/invoices to accounts established outside of Florida.

9. At all times material, Plaintiff was an employee of Defendant pursuant to 29 U.S.C. § 203(e)(1); Defendant was the employer of Plaintiff within the meaning

of 29 U.S.C. § 203(a) and (d); and Defendant employed Plaintiff within the meaning of 29 U.S.C. § 203(g).

## GENERAL ALLEGATIONS

10. Meals on Wheels employed Flagg as a meal service coordinator from approximately June 2016 through December 30, 2020.

11. Throughout the duration of her employment with Meals on Wheels, Flagg's primary job duties included without limitation, interviewing clients and potential clients and determining eligibility for meals according to criteria established by Meals on Wheels, posting payments for meals, invoicing/billing for meals, and preparing required reports according to the executive director's instructions and/or forms regarding matters such as monthly intake volume, meal volume, and the status of collections.

12. Flagg did not supervise or hire or fire employees for Meals on Wheels, or otherwise exercise discretion or independent judgment over matters of significance for Meals on Wheels. As such, for FLSA purposes, Flagg was not employed in a *bona fide* executive, professional, or administrative capacity.

13. Meals on Wheels compensated Flagg on a salary basis, and misclassified Flagg as an exempt employee. In 2020, Flagg's annual salary was $41,000, up from around $34,000 the year prior.

14. During her employment with Meals on Wheels, Flagg was not properly compensated at one and one-half (1 and 1/2) her regular rate for overtime hours worked.

15. Flagg worked over forty (40) hours in one or more workweeks while employed by Meals on Wheels. Indeed, she regularly worked fifty (50) to fifty-five (55) hours per week.

16. Despite working more than forty (40) hours in a workweek, Flagg did not receive overtime compensation at a rate not less than one and one-half (1 and 1/2) times her regular rate for such overtime hours. In fact, Flagg received no compensation whatsoever for hours worked over forty (40) in a workweek.

17. The records, to the extent any exist, concerning the number of hours worked and amounts to be paid to Flagg are in the possession and custody of Meals on Wheels.

18. Flagg has retained counsel for this claim and is obligated to pay reasonable attorneys' fees and costs.

19. All conditions precedent to this lawsuit have been satisfied, waived, or excused.

## COUNT I
### (Overtime Due Under the FLSA)

20. Plaintiff hereby incorporates by reference the allegations contained within paragraphs 1 through 19 above.

21. Defendant's failure to provide Plaintiff overtime compensation at a rate not less than one and one-half (1 and 1/2) times her regular rate for hours worked over forty (40) in a workweek constitutes a violation of the FLSA, 29 U.S.C. § 207.

22. Defendant's violations of the FLSA were knowing and willful.

WHEREFORE, Plaintiff respectfully requests that this Court:

a. accept jurisdiction over this action;

b. award damages for the amount of unpaid overtime compensation owed to Plaintiff;

c. award liquidated damages, pursuant to 29 U.S.C. § 216(b), in an amount equal to the overtime compensation owed to Plaintiff;

d. award post-judgment interest, reasonable attorneys' fees and costs pursuant to 29 U.S.C. § 216(b);

e. entry of final judgment against Defendant;

f. declare that Plaintiff was a non-exempt employee of Defendant; and

g. award all other relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff does hereby demand a Jury Trial on all issues and claims so triable.

s/ Bradley P. Rothman
Bradley P. Rothman, Esq.
Florida Bar No. 0677345
brothman@weldonrothman.com
WELDON & ROTHMAN, PL
2548 Northbrooke Plaza Drive
Naples, Florida 34119
Tel: (239) 262-2141
Fax: (239) 262-2342
*Counsel for Plaintiff*